UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENARDINO ROMANO,

    Plaintiff,

v.       Case No:   2:20-cv-573-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On November 17, 2021, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2421(d) (Doc. 28) be granted.  (Doc. 29.)  No party objected and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection.  Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that no objection has been filed—the Court agrees with the R&R.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 29) is **ADOPTED**, and Plaintiff's Unopposed Petition (Doc. 28) is **GRANTED**.

2. The Court awards Plaintiff $7,973.50 in attorney's fees, $400 in costs, and $20.70 in expenses.

3. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept his assignment of EAJA fees and pay fees directly to his counsel.

4. The Clerk is **DIRECTED** to enter judgment accordingly.

**ORDERED** at Fort Myers, Florida, on December 6, 2021.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE