UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**BENARDINO ROMANO**,

    Plaintiff,

v.                                                                                  2:20-cv-573-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

## ORDER

Having obtained an award of benefits, Benardino Romano requests a fee award pursuant to 42 U.S.C. § 406(b). (Doc. 33). Section 406(b) allows an award of a reasonable fee—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. And for the reasons stated in Romano's motion, the requested fee award is reasonable.

Accordingly, the unopposed fee motion (Doc. 33) is **GRANTED**, and the clerk is directed to amend the judgment in favor of Romano to include a fee award of $44,041.25.[1]

                                                   **ORDERED** on January 26, 2024.

                                                  NICHOLAS P. MIZELL
                                                  United States Magistrate Judge

---

[1] Because Romano's counsel previously retained the $7,973.50 in fees awarded to Romano under the Equal Access to Justice Act ("EAJA"), they must refund the EAJA fees to Romano.